VIOLA ATTWOOD, appellant,

*v.*

ARTHUR ATTWOOD, respondent.

[Submitted July 5th, 1915.   Decided November 15th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported *ante p. 87.*

*Mr. Barton B. Hutchinson,* for the appellant.

*Mr. Erwin E. Marshall,* for the respondent.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, HEPPENHEIMER, WILLIAMS, TAYLOR—13.

*For reversal*—None.